| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>O'CONNOR, SA, D | 2. Court or Organization<br><br>SUPREME COURT OF UNITED STATES | 3. Date of Report<br><br>NDRA 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date    7/7/1981<br><br>◯ Initial   ● Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>1 FIRST STREET, N.E.<br><br>WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Member | Advisory Committee for the Judiciary Leadership Development Council |
| 2. Honorary Board Member | Smithsonian Associates |
| 3. Member, Executive Board | Central European and Eurasian Law Initiative |
| 4. Member, Executive Committee | ABA Museum of Law |
| 5. Member | American Asso. of International Law Judicial Advisory Committee |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 12 4 27 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 03/13/03 | Random House (reader's fee for recording book) | $5,000.00 |
| 2. | 04/07/03 | MBI, Inc. (book signature sheets for filer's book) | $4,950.00 |
| 3. | 04/25/03 | American Philosophical Society - Benjamin Franklin Award for Distinguished Public Service | $18,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | See Attached Schedule IV | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Catherine & Wayne Reynolds and American Academy of Achievement | Blanket | est. $500 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 2/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bryan Cave (Pension Plan) | E | Withdrawal | O | T | | | | | See footnote 2 attached |
| 2. Fennemore Craig (Pension Plan) | E | Withdrawal | O | T | | | | | See footnote 1 attached |
| 3. Interest AZ Elected Officials Retirement | B | Pension | J | U | | | | | |
| 4. Checking Account: Suntrust Bank, Washington, DC | A | Interest | N | T | | | | | |
| 5. Checking Account - Wells Fargo Bank | A | Interest | | T | closed acct | 06/15 | A | | acct closed |
| 6. Greer Partners Two (Purchased 12/1/83 for L) Greer, AZ | D | Capital Gain | K | T | Partial sale | 11/30 | K | D | |
| 7. East Pecos Investors, Maricopa County, AZ | | None | | T | Final sale | 12/31 | K | K | partnership dissolved |
| 8. Pinnacle Peak Partners, Maricopa County, AZ | None | | J | W | | | | | See footnote 4 attached |
| 9. 3.9% Interest in Lot ●, Alvernon, Tucson, AZ | | None | J | W | | | | | |
| 10. Folger Nolan Fleming Douglas, Wash,DC(cash in Alliance Muni) | A | Interest | J | T | | | | | See footnote 3 attached |
| 11. Maricopa Cty., AZ Hospital, Revenue Samaritan Health Serv | A | Interest | J | T | | | | | |
| 12. U. S. Treasury Bill | | Interest | L | T | Buy | 07/18 | L | | |
| 13. U. S. Treasury Note | C | Interest | L | T | | | | | |
| 14. State of Maryland Bonds | C | Interest | | T | Redeemed | 07/15 | L | B | |
| 15. State of Maryland Bonds | C | Interest | L | T | | | | | |
| 16. Tucson Arizona Water System Bonds | C | Interest | L | T | | | | | |
| 17. Washington Suburban Sanitary District Bonds | ● | Interest | L | T | | | | | |
| 18. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes: (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AES Corp. | | None | K | T | | | | | |
| 20. Agere | | None | | T | Sell | 11/24 | J | A | |
| 21. Agilent | | None | K | T | | | | | |
| 22. Amgen | | None | J | T | | | | | |
| 23. Avaya | | None | J | T | | | | | |
| 24. Baxter International | B | Dividend | L | T | | | | | |
| 25. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 26. Cardinal Health | A | Dividend | J | T | | | | | |
| 27. Cisco Systems | | None | | T | Sell | 12/09 | K | Loss | |
| 28. Dupont (E.I.) | B | Dividend | L | T | | | | | |
| 29. Edwards Life Sciences Corp. | | None | J | T | | | | | |
| 30. Fannie Mae (Federal National Mortgage Assn) | A | Dividend | J | T | | | | | |
| 31. Federal Home Loan Bank | C | Interest | | T | Sell | 12/05 | F | Loss | |
| 32. Icos | | None | J | T | | | | | |
| 33. Intel Corp. | A | Dividend | K | T | | | | | |
| 34. Lilly (Eli) (See Item 74) | | | | | | | | | See FN5 |
| 35. Lucent Technologies | A | Dividend | J | T | | | | | |
| 36. Martek | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. MCI Worldcom, Inc. | | None | J | T | | | | | |
| 38. Merck & Co. | | None | K | T | Buy | 11/07 | K | T | |
| 39. MEVC, Draper, Fisher, Jurvetson Fund (See Item 77) | | | | | | | | | See FN 6 |
| 40. Millipore | A | Dividend | K | T | | | | | |
| 41. Morgan Stanley Dean Witter | B | Dividend | L | T | | | | | |
| 42. Mykrolis Corp. | A | Dividend | J | T | | | | | |
| 43. Nestle SA | A | Dividend | L | T | | | | | |
| 44. Newell Rubbermaid (See Item 79) | | | | | | | | | See FN 7 |
| 45. Nokia | A | Dividend | J | T | | | | | |
| 46. Omnicom Group | A | Dividend | M | T | | | | | |
| 47. Pfizer | A | Dividend | K | T | | | | | |
| 48. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 49. Qualcom | | None | | T | Sell | 12/09 | D | Loss | |
| 50. Sara Lee Corp. | B | Dividend | L | T | | | | | |
| 51. Saul Centers Inc. | B | Dividend | K | T | | | | | |
| 52. Sigma Aldrich Corp. | A | Dividend | L | T | | | | | |
| 53. Smucker JM | A | Dividend | J | T | | 05/29 | J | | |
| 54. Sonoco Products Co. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Sun Microsystems | | None | | T | Sell | 12/09 | B | Loss | |
| 56. Travelers Property | A | Dividend | K | T | Buy | 01/03 | K | | |
| 57. West Company | A | Dividend | K | T | | | | | |
| 58. White Mountain Insurance | A | Dividend | J | T | Buy | 01/03 | J | | |
| 59. Zimmer Holdings, Inc. (See Item 84) | | | | | | | | | See FN 8 |
| 60. IRA NO.1 (Income to Acct only) | A | Dividends | L | T | | 08/31 | J | B | |
| 61. -Amgen | | | | | | | | | |
| 62. -Avaya | | | | | Sold | 2/6/01 | J | B | Correction (See FN 9) |
| 63. -Lucent Technologies | | | | | | | | | |
| 64. -Nestle ADR | | | | | | | | | |
| 65. -Omnicom Group | | | | | | | | | |
| 66. IRA NO.2 (Income to Acct only) | C | Dividends | O | T | | 08/15 | E | D | |
| 67. -Agere | | | | | Sell | 11/24 | B | Loss | |
| 68. -Amgen | | | | | | | | | |
| 69. -Baxter International | | | | | | | | | |
| 70. -Bristol Myers Squibb | | | | | | | | | |
| 71. -Cardinal Health | | | | | | | | | |
| 72. -Dupont (EI) | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Edwards Life Sciences | | | | | | | | | |
| 74. -Eli Lilly | | | | | | | | | |
| 75. -Lucent Technologies | | | | | | | | | |
| 76. -MCI Worldcom, Inc. | | | | | | | | | |
| 77. -MEVC Draper, Fisher, Jurvetson | | | | | | | | | |
| 78. -Nestle ADR | | | | | | | | | |
| 79. -Newell Rubbermaid | | | | | | | | | |
| 80. -Omnicom Group | | | | | | | | | |
| 81. -Pfizer | | | | | | | | | |
| 82. -Sigma Aldrich | | | | | | | | | |
| 83. -Washington Mutual | | | | | | | | | |
| 84. -Zimmer Holdings | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IV. Reimbursements Of
## Transportation, Lodging, Food, Entertainment

1.    Supreme Court of Texas

January 6. Austin, Texas. Speech and Swore in new Supreme Court Justices (Transportation, for self ███████████▶

2.    The Ohio State University

March 14. Columbus, Ohio. Speech and discussion with students. (Transportation, meal, lodging for self ███████████▶

3.    Duke University School of Law

March 17. Durham, NC. Speech. Met with students, dialogue/Q&A. (Transportation, meals, lodging for self ███████████▶

4.    American Philosophical Society

April 25. Philadelphia, PA. Receipt of Benjamin Franklin Award (Transportation, meals, lodging for self ███████████▶

5.    Suffolk County Bar

May 7. Long Island, NY. Speech. (Transportation and one meal for self ███▶ ███████▶

6.    The Union League Club

May 7. New York, NY. Speech Transportation meal, lodging for self ██████████▶

7.    Brandeis School of Law, Kentucky Authors' Forum

May 14. Louisville, KY. Speech, discussion with students, Q&A. (Transportation, meals, lodging for self ███▶ ███████▶

8.    American Inns of Court Leadership Conference

May 16. Philadelphia, PA. Speech (Transportation and meal for self ███████████▶

9.    National Constitution Center Dedication

July 4. Philadelphia. Speech. (Transportation for self ██████████▶

10.   Court of Justice for the European Communities

July 6-7. Luxembourg. Meetings and round table discussions with justices of Court. (Lodging, meals for self ██████████▶

| 11. | New York University Global Law Conference | July 10,11. Florence, Italy. Speeches, panel discussions. (Transportation for self, meals, lodging for self ▓▓▓▓▓▓ provided by NYU) |

11. New York University Global Law Conference — July 10,11. Florence, Italy. Speeches, panel discussions. (Transportation for self, meals, lodging for self ▓▓▓▓▓▓ provided by NYU)

12. Central European & Eurasian Law Initiative — July 13-16. Serbia-Montenegro. Participated in panel discussions and Board meetings. (Transportation, meals, lodging for self)

13. Sun Valley Writers' Conference — August 24, 25. Sun Valley, Idaho. Book discussions (Transportation, meals, lodging for self ▓▓▓▓▓▓)

14. Middle-East Judicial Forum — September 15-17. Manama, Bahrain. Participated in panel discussions and meeting with judges. (Transportation, meals, lodging for self provided by United States Government)

15. Connecticut Appellate Court 20th Anniversary celebration — October 22. Hartford, CT. Speech (Transportation, meal, lodging for self ▓▓ ▓▓▓)

16. Philadelphia Bar Association — October 23. Philadelphia, PA. Speech. (Transportation, meal for self ▓▓▓▓▓)

17. Southern Center for International Studies — October 28. Atlanta, GA. Speech and received World Justice Award. (Transportation, meal, lodging for self ▓▓ ▓▓▓▓)

18. Friends of the Concord Free Public Library — November 8. Concord, MA. Speech . (Transportation, meal, lodging for self ▓▓▓▓▓▓)

19. Princeton University — November 17. Princeton, NJ. Discussions and Q&A with students. Speech (Transportation, meal, lodging for self ▓▓▓▓▓▓)

FINANCIAL DISCLOSURE STATEMENT
FOOTNOTES

(1)    ████████ was a principal in the law firm of Fennemore, Craig, von Ammon & Udall, P.C. (now Fennemore Craig, P.C.) until December 31, 1981. The indicated value for this entry is the value of his interest in the firm's pension plan.

(2)    ████████ was a partner in the Bryan Cave law firm. The indicated value of this entry is the value of a pension plan administered by Boatmen's Trust Company.

(3)    The cash in the Folger Nolan Fleming Douglas accounts is placed by it in Alliance Muni Trust.

(4)    The sole asset of Pinnacle Peak Partners is land in Maricopa County, Arizona. The estimated value is based on sales of comparable land in the same area. It is a passive partnership interest, c. 13% interest. All fixed assets were sold in 2002. Partnership to be dissolved in 2004.

(5)    This item was erroneously listed twice in previous reports. It is reflected now as Item 74 in IRA No. 2.

(6)    This item was erroneously listed twice in previous reports. It is reflected now as Item 77 in IRA No. 2.

(7)    This item was erroneously listed twice in previous reports. It is reflected now as Item 79 in IRA No. 2.

(8)    This item was erroneously listed twice in previous reports. It is reflected now as Item 84 in IRA No. 2.

(9)    This security was sold on 2/06/01 and the Item 62 is shown as a correction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████      Date May 14, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544